

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-14-00580-CV

**CHRISTUS SANTA ROSA HEALTHCARE CORPORATION** d/b/a Christus Santa Rosa
Hospital- City Centre,
Appellant

v.

Irma **LOPEZ**, as Wrongful Death Beneficiary of Antonio Gonzales, Jr., Deceased,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07558
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Appellant has filed a copy of the parties' Rule 34.5(e) stipulation that was filed with the Bexar County District Clerk. We **order** the clerk to file a supplemental record containing a copy of the stipulation and the trial court's August 7, 2014 order. We retain the appeal on the docket of the court and reinstate the appellate deadlines.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court